# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALLI,<br><br>      Petitioner,<br><br>      v.<br><br>AMY MILLER, Warden,<br><br>      Respondent. | Case No. SA CV 13-1399 PSG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered denying the petition and
2  dismissing this action with prejudice.

3

4  DATE: 2/25/2015

                                    _____
                                    HON. PHILIP S. GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE