# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALLI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>AMY MILLER, Warden,<br><br>　　　　Respondent. | Case No. SA CV 13-1399 PSG (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 2/25/2015

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE